**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DREMA ODELL, Executrix of the** | : | **CIVIL ACTION** |
| **Estate of Edward Weingartner, Jr.** | : | |
| **and Drema Odell, individually** | : | |
| | : | |
| **v.** | : | **No. 16-0984** |
| | : | |
| **ONE WEST BANK, NA, FINANCIAL** | : | |
| **FREEDOM SENIOR FUNDING** | : | |
| **CORPORATION, A Subsidiary of** | : | |
| **Indymac Bank, F.S.B., NATIONSTAR** | : | |
| **MORTGAGE, MORTGAGE ELECTRONIC** | : | |
| **REGISTRATION SYSTEM INC.,** | : | |
| **SAFEGUARD PROPERTIES and JOHN DOE** | : | |

## ORDER

    **NOW**, this 30th day of June, 2016, upon consideration of the plaintiff's complaint,

it is **ORDERED** that this action is **DISMISSED**[1] for lack of subject matter jurisdiction.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.

---

[1] Dismissal is without prejudice to the plaintiff's right to file an action in the state court.